ORDER:
Motion granted. A revised Protective Order has been entered.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION TO ASCERTAIN STATUS OF JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Pursuant to Local Rule 7.01(c), the United States respectfully moves the Court to ascertain the status of the parties' joint motion for entry of a confidentiality and protective order in this case. (Docket No.118 ). Defendants have scheduled a Rule 30(b)(6) deposition of the United States on May 14, 2010, and the United States has scheduled depositions of defense witnesses on May 24 and 25, 2010. Both the United States and Defendants have documents relevant to these depositions that will not be produced until entry of the protective order. Therefore, in the interests of conducting the upcoming depositions with relevant documents already in hand, the United States respectfully suggests that an expedited ruling on the joint motion would be desirable.

Respectfully submitted,

DAVID RIVERA
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE (BPR 023133)
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151