IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION FOR LEAVE TO FILE REPLY BRIEF

The United States respectfully moves this Court pursuant to Local Rule 7.01(b) for leave to file a reply brief regarding Defendants' Response to the United States' Request to Extend the Deadline to File an Amended Complaint. The United States believes that this Reply brief will aid the Court in reaching a decision by explaining that the United States has developed new evidence in July 2010 that is related to its request to amend its Complaint and also by explaining the approval process required at the Department of Justice.

Respectfully Submitted,

DAVID RIVERA
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:     s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE (BPR 023133)
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

-1-