ORDER:
Motion granted.

*signature*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | No. 3:09-0445 |
| ) | |
| v. ) | |
| ) | |
| JAMES W. CARELL, ROBERT VINING, ) | JURY DEMAND |
| DIVERSIFIED HEALTH MANAGEMENT, ) | |
| INC. (also known as CARELL ) | |
| MANAGEMENT, LLC), THE JAMES W. ) | |
| CARELL FAMILY TRUST, CAREALL, ) | |
| INC., VIP HOME NURSING AND ) | |
| REHABILITATION SERVICES, LLC ) | |
| (also known as VIP HOME NURSING AND ) | |
| REHABILITATION SERVICES, INC.), ) | |
| PROFESSIONAL HOME HEALTH CARE, ) | |
| LLC (also known as PROFESSIONAL HOME ) | |
| HEALTH CARE, INC.), and UNIVERSITY ) | |
| HOME HEALTH, LLC (also known as ) | |
| UNIVERSITY HOME HEALTH, INC.), ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION OF DEFENDANTS
### TO FILE A CONSOLIDATED REPLY

Defendants, James W. Carell, Robert Vining, Diversified Health Management, Inc. (also known as Carell Management, LLC), The James W. Carell Family Trust, CareAll, Inc., VIP Home Nursing and Rehabilitation Services, LLC (also known as VIP Home Nursing and Rehabilitation Services, Inc.), Professional Home Health Care, LLC (also known as Professional Home Health Care, Inc.), and University Home Health, LLC (also known as University Home Health, Inc.), by counsel, respectfully request this Court to grant them leave to file a consolidated reply to the Response of the United States (Doc. No. 167) to Defendants' Motion to Reopen