ORDER:
Motion granted.

*signature*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE REPLY BRIEF CONCERNING ITS MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Pursuant to Local Rule 7.01(b), the United States respectfully moves this Court to allow it to file a reply brief in support of its motion for leave to file a third amended complaint in this case by September 17, 2010. There are both factual and legal issues raised in Defendants' response brief to which the United States would like an opportunity to respond. The United States believes that its reply brief would help the Court make an informed decision on the issue presented. The United States requests the September 17, 2010 deadline for this reply because its counsel will be out of the state for the majority of next week on other government business and has other commitments, including a deposition in this case, in the first part of the September 13th week.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
for the Middle District of Tennessee


By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE (BPR 023133)
Assistant United States Attorney
110 9th Avenue South, Suite A-961