**Document #150 is DENIED. Plaintiff has shown lack of diligence in preparation of this case. No further amendments will be allowed.** */s/ Thomas A. Wiseman Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' MOTION TO EXTEND DEADLINE TO AMEND COMPLAINT AND TO ADD PARTIES

Based on information obtained in discovery as recently as late July 2010, the United States anticipates filing a motion for leave to file a third amended complaint. It is likely that the proposed amendments will add one new count, one new theory of liability, and two new defendants. The current deadline for amending the complaint and adding parties is August 2, 2010. (Doc. No. 141). The United States is in the process of obtaining the necessary approvals for the amendment and will file the motion and proposed amended complaint as soon as the United States obtains authorization to do so. Accordingly, the United States respectfully moves the Court to extend the deadline to amend the complaint and join parties up to and including August 20, 2010. The United States has attempted to contact defense counsel to find out their position on the motion, but did not reach anyone.