**Document #170, DENIED as moot.** /s/ Thomas A. Wiseman Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-cv-00445 |
| v. ) | Judge Wiseman |
| ) | Magistrate Judge Knowles |
| JAMES W. CARELL, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America respectfully requests, pursuant to Administrative Practices and Procedures for Electronic Case Filing (ECF) § 5.07, that this Court allow the government to file its Motion for Leave to File Reply Brief Concerning Its Motion for Leave to File Third Amended Complaint under seal. The United States does not agree that this matter should be sealed. However, since the Motion for Leave to File Third Amended Complaint (Dock. No. 160) is under seal, the United States is filing its reply under seal.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the Middle
District of Tennessee

By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
(BPR 023133)
Assistant United States Attorney
110 9th Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151