**DENIED.**

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO RENEW
ITS PRIOR MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

The United States respectfully renews its prior motion for leave to file a third amended complaint that adds two new defendants – the James W. Carell 2007 Family Trust and the James W. Carell 2007 Dynasty Trust – and an additional theory of liability supporting its existing causes of action. *See* Doc. No. 160. On September 24, 2010, this Court denied that motion and Defendants' motion to extend discovery deadlines. Doc. No. 179 & 184. Since then, this Court held a hearing at which it reconsidered its position on the discovery deadlines and said that it would extend them. *See* Doc. No. 194 (minute entry). On October 29, 2010, this Court entered a new scheduling order that extends the discovery schedule by over three months – until February 4, 2011. Doc. No. 197. In light of this extension of the discovery schedule and for the reasons already stated in its briefs on the prior motion – which the United States incorporates and adopts here – the United States respectfully asks the Court to revisit its prior decision and grant the motion to for leave to file a third amended complaint.