IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3-09-0445 |
| ) | |
| JAMES W. CARELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon advise of counsel that the objections to the Magistrate Order, Document #190, have been settled, the objections, Document #191, are moot.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge the