**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:09-0445 |
| | ) | Judge Thomas A. Wiseman, Jr. |
| **JAMES W. CARELL, ROBERT VINING,** | ) | |
| **DIVERSIFIED HEALTH MANAGEMENT,** | ) | |
| **INC. (also known as CAREALL** | ) | |
| **MANAGEMENT, LLC), THE JAMES W.** | ) | |
| **CARELL FAMILY TRUST, CAREALL, INC.,** | ) | |
| **VIP HOME NURSING AND** | ) | |
| **REHABILITATION SERVICES, LLC** | ) | |
| **(also known as VIP HOME NURSING AND** | ) | |
| **REHABILITATION SERVICES, INC.),** | ) | |
| **PROFESSIONAL HOME HEALTH CARE,** | ) | |
| **LLC (also known as PROFESSIONAL HOME** | ) | |
| **HEALTH CARE, INC.), and UNIVERSITY** | ) | |
| **HOME HEALTH, LLC (also known as** | ) | |
| **UNIVERSITY HOME HEALTH, INC.),** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motions for Partial Judgment on the Pleadings filed by Defendant James W. Carell (Docket No. 204) and by Defendant Diversified Health Management Inc. (Docket No. 208) are hereby DENIED. This case is referred to Magistrate Judge Knowles for further case management.

It is SO ORDERED.

_____
THOMAS A. WISEMAN, JR.
UNITED STATES DISTRICT JUDGE