IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. 3:09-0445<br>) |
| v. | )<br>) |
| JAMES W. CARELL, ROBERT VINING, DIVERSIFIED HEALTH MANAGEMENT, INC. (also known as CARELL MANAGEMENT, LLC), THE JAMES W. CARELL FAMILY TRUST, CAREALL, INC., VIP HOME NURSING AND REHABILITATION SERVICES, LLC (also known as VIP HOME NURSING AND REHABILITATION SERVICES, INC.), PROFESSIONAL HOME HEALTH CARE, LLC (also known as PROFESSIONAL HOME HEALTH CARE, INC.), and UNIVERSITY HOME HEALTH, LLC (also known as UNIVERSITY HOME HEALTH, INC.), | ) JURY DEMAND<br>)<br>) |
| Defendants. | ) |

**ORDER:**
Motion granted as follows: The Court will consider the referenced docket entries to be withdrawn at the request of the filers.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

## DEFENDANTS JAMES W. CARELL AND CAREALL INC.'S CONSOLIDATED MOTION TO STRIKE

Defendants James W. Carell and Diversified Health Management, Inc. respectfully move the Court to strike Documents Number 260 and 261. The documents were inadvertently filed in the incorrect order and in contravention to Local Rule 7.01(b). Defendants will refile their Motion for Leave to File a Reply, with the proposed reply as an attachment, subsequent to filing this Motion to Strike. Defendants regret any inconvenience this has caused the Court and/or the United States.