IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 3:09-0445 |
| v. | ) ) | |
| JAMES W. CARELL, ROBERT VINING, DIVERSIFIED HEALTH MANAGEMENT, INC. (also known as CARELL MANAGEMENT, LLC), THE JAMES W. CARELL FAMILY TRUST, CAREALL, INC., VIP HOME NURSING AND REHABILITATION SERVICES, LLC (also known as VIP HOME NURSING AND REHABILITATION SERVICES, INC.), PROFESSIONAL HOME HEALTH CARE, LLC (also known as PROFESSIONAL HOME HEALTH CARE, INC.), and UNIVERSITY HOME HEALTH, LLC (also known as UNIVERSITY HOME HEALTH, INC.), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

**DEFENDANTS JAMES W. CARELL AND CAREALL INC.'S CONSOLIDATED
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to Local Rule 7.01(b), Defendants James W. Carell and CareAll, Inc. respectfully move the Court for leave to file a memorandum in reply to the United States' Response to Defendant James W. Carell's Motion to Compel Discovery Related to HHS-OIG File 4-93-00138-9 and to Reopen the Personal Deposition of Special Agent Christopher Covington. The proposed Reply accompanies this Motion.

As grounds for this motion, Defendants would show as follows:

{Legal\12148\16156\00816493.DOC}