IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-0445 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. CARELL, ROBERT VINING, | ) | JURY DEMAND |
| DIVERSIFIED HEALTH MANAGEMENT, | ) | |
| INC. (also known as CARELL | ) | |
| MANAGEMENT, LLC), THE JAMES W. | ) | |
| CARELL FAMILY TRUST, CAREALL, | ) | |
| INC., VIP HOME NURSING AND | ) | |
| REHABILITATION SERVICES, LLC | ) | |
| (also known as VIP HOME NURSING AND | ) | |
| REHABILITATION SERVICES, INC.), | ) | |
| PROFESSIONAL HOME HEALTH CARE, | ) | |
| LLC (also known as PROFESSIONAL HOME | ) | |
| HEALTH CARE, INC.), and UNIVERSITY | ) | |
| HOME HEALTH, LLC (also known as | ) | |
| UNIVERSITY HOME HEALTH, INC.), | ) | |
| | ) | |
| Defendants. | ) | |

ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

**DEFENDANTS' CONSOLIDATED MOTION FOR
LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to Local Rule 7.01(b), Defendants James W. Carell and CareAll, Inc. respectfully move the Court for leave to file a memorandum of not more than 10 pages in reply to the United States' Response to Defendants' Consolidated Motion to Compel Discovery of Certain Emails. The proposed Reply accompanies this Motion.

As grounds for this motion, Defendants would show as follows:

1. The positions of the parties are clear on this matter, and though many of the United States' arguments in its Response are mistaken, Defendants believe that the best use of