IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:09-0445 |
| | ) | JUDGE WISEMAN/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 27, 2011, certain Defendants filed an "Emergency Motion for a Status Conference." Docket No. 282. The undersigned set a Status Conference for 2:00 p.m. on June 28, 2011. Plaintiff filed a Response (Docket No. 283) and Defendants sought leave to file a Reply, and submitted a proposed Reply. Docket No. 284-1. The Motion for Leave is GRANTED.

For the reasons set forth on the record during the Status Conference, the expert deposition deadline in this action is extended to July 22, 2011.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge