**GRANTED.** *[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-00445 |
| | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| JAMES W. CARELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' MOTION FOR LEAVE TO FILE REPLY BRIEF SUPPORTING ITS MOTION FOR LEAVE TO HAVE TWO REBUTTAL REPORTS

Pursuant to Local Rule 7.01(b), the United States respectfully moves this Court to allow it to file a reply brief in support of its motion for leave to have two rebuttal reports. (Doc. No. 286). There are both factual and legal issues raised in Defendants' response brief filed on July 8, 2011 to which the United States would like an opportunity to respond. The United States believes that its reply brief would help the Court make an informed decision on the motion.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE (BPR 023133)
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

JOYCE R. BRANDA
SARA McLEAN
SUSAN C. LYNCH
MICHAEL J. McMAHON
Attorneys, Civil Division