**GRANTED.** *[signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0445 |
| ) | |
| JAMES W. CARELL, ROBERT VINING, ) | |
| DIVERSIFIED HEALTH MANAGEMENT, ) | JURY DEMAND |
| INC. (also known as CAREALL ) | |
| MANAGEMENT, LLC), THE JAMES W. ) | |
| CARELL FAMILY TRUST, CAREALL, ) | Judge Wiseman |
| INC., VIP HOME NURSING AND ) | Magistrate Judge Knowles |
| REHABILITATION SERVICES, LLC ) | |
| (also known as VIP HOME NURSING AND ) | |
| REHABILITATION SERVICES, INC.), ) | |
| PROFESSIONAL HOME HEALTH CARE, ) | |
| LLC (also known as PROFESSIONAL HOME ) | |
| HEALTH CARE, INC.) and UNIVESRITY ) | |
| HOME HEALTH, LLC (also known as ) | |
| UNIVERSITY HOME HEALTH, INC.), ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## MOTION TO EXTEND TIME FOR THE TAKING
## OF DEFENDANTS' EXPERT DEPOSITIONS BY ONE DAY

Defendants James Carell and CareAll, Inc., through the undersigned counsel, respectfully move this Court, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, to extend by one (1) day the deadline for Defendants' expert depositions set forth in the Court's Scheduling Order (Doc. No. 197) and amended by the Court during the hearing on July 12, 2011. The extension is required due to the schedules of defense experts Scott Mertie and Glenn Perdue. The United States has no objection to the one-day extension and the requested modification will not affect any other deadlines in the case.